proceed further *in forma pauperis,* denied. *Mr. Henry H. Henley* for petitioners. No appearance for the United States..

No. 809. CONNER *v.* ALABAMA GREAT SOUTHERN R. CO. ET AL. March 5, 1934. Petition for writ of certiorari to the Supreme Court of Alabama, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Horace C. Wilkinson* for petitioner. No appearance for respondents.

No. 766. UNITED ENGINEERING & FOUNDRY CO. *v.* COLD METAL PROCESS CO. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Melville Church, A. Leo Weil,* and *Jo. Baily Brown* for petitioner. *Messrs. Thomas G. Haight* and *Clarence P. Byrnes* for respondent.

No. 711. MAHONING INVESTMENT CO. *v.* UNITED STATES. March 5, 1934. Petition for writ of certiorari to the Court of Claims denied. The motion to remand is also denied. *Messrs. Howe P. Cochran* and *Frederick S. Winston* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States. ·

No. 712. ROCHESTER & PITTSBURGH COAL & IRON CO. *v.* UNITED STATES. March 5, 1934. Petition for writ of certiorari to the Court of Claims denied. The motion to remand is also denied. *Messrs. Howe P. Cochran* and *Frederick S. Winston* for petitioner. *Solicitor General*